**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

RE: Joseph Teluch ) Case No. 20-16002
)
Debtors ) Chapter 13
)
) Judge: Donald R Cassling

**DEBTOR'S DECLARATION REGARDING DOMESTIC SUPPORT OBLIGATIONS
PAYMENT ADVICES AND TAXES**

I _Joseph Teluch_, state as follows:

**REGARDING DOMESTIC SUPPORT OBLIGATIONS**

OR

☐ A. Since the filing of this bankruptcy, I have not been required by a judicial or administrative order, or by statute to pay any domestic support obligation as defined in 11 U.S.C. § 101(14A).

☒ B. I have paid all amounts that first became due and payable after the filing of this bankruptcy, which I am required to pay under a domestic support obligation [as defined in 11 U.S.C. § 101 (14A)] required by a judicial or administrative order, or by statute.

☐ If I become delinquent in my domestic support obligation, I will notify the Trustee immediately of any such delinquency until this case is dismissed or discharged.

☐ If I incur a new domestic support obligation during my Chapter 13, I will notify the Trustee.

**REGARDING PAYMENT ADVICES**

☒ A. I have provided copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

☐ B. I have not provided copies of all payment advices or other evidence of payment received within 60 days before the date of filing of the petition from any employer because:

☐ 1) I was not employed during the period immediately preceding the filing of the abovereferencedcase
_____(state dates you were unemployed)

☐ 2) I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

☐ 3) I am self-employed and do not receive any evidence of payment.

☐ 4) Other _____(please explain)

**REGARDING TAXES**

☒ A. I have filed all Federal, State and local tax returns required by law to be filed for all taxable periods ending during the 4-year period prior to filing of this bankruptcy.

☐ B. I have not filed Federal, State, and local tax returns required by law for each of the last 4 years, but I intend to file them promptly

OR

☐ C. I was not required to file tax returns for the following years;

_____ (state the years)

The reason I was not required to file those tax returns;

_____(state the reason)

## NOTIFICATION TO TRUSTEE

I will notify the Trustee of any change in my employment including the name, address, and telephone number of my new employer until this case is dismissed or discharged.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge information and belief.

Dated: 10/6/20

_____
SIGNATURE OF DEBTOR

**Annual case status report via email** ☐
(If not checked it will be sent out via mail)

_____
EMAIL ADDRESS ( Please Print Clearly)