UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

JOSEPH TELUCH

Debtor(s)

Chapter 13
Case No. 20-16002

Judge DONALD R CASSLING

### NOTICE OF COMPLIANCE

**NOTICE IS HEREBY** given that pursuant to the Notice of Default, served on all parties on/about May 12, 2021 the Debtor herein cured the post-petition arrears Default. Notice is hereby given that the Automatic Stay remains in effect regarding the Creditor, Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 and payments through the Trustee should continue. The Proof of Claim heretofore submitted by this Creditor shall stand unaffected and payments made thereunder shall be paid by the Trustee.

Law Offices of Ira T. Nevel, LLC
*/s/ Timothy R. Yueill*
By: Timothy R. Yueill, Esq
Counsel for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2

**LAW OFFICES OF IRA T. NEVEL, LLC**
Ira T. Nevel
Timothy R. Yueill
Greg Elsnic
Aaron Nevel
175 North Franklin St. Suite 201
Chicago, Illinois  60606
(312) 357-1125
Pleadings@nevellaw.com
MO
# 20-02079

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

JOSEPH TELUCH

Debtor(s)

Chapter 13
Case No. 20-16002

Judge DONALD R CASSLING

### NOTICE OF FILING

PLEASE TAKE NOTICE that a Notice of Compliance in the above captioned matter has been electronically filed on June 2, 2021 with the U.S. Bankruptcy Court for NORTHERN District of Illinois and served upon the following parties:

**Served upon the following parties electronically:**
David H Cutler  Cutler & Associates, Ltd. ,4131 Main St. ,Skokie,IL60076 - Counsel for Debtor(s)
M.O. Marshall, 55 E. MONROE ST., STE 3850, CHICAGO, IL 60603 - Trustee
PATRICK S. LAYNG, 219 SOUTH DEARBORN STREET, ROOM 873, CHICAGO, IL 60604 - U.S. Trustee
**and served upon the following parties by mail:**
JOSEPH TELUCH, 220 S Roselle Rd, Unit 521, Schaumburg, IL 60193 - Debtor(s)

### CERTIFICATION OF SERVICE

I, The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Notice of Compliance upon the parties listed above, as to the Trustees and Debtors' counsel via electronic through ECF on June 2, 2021 and as to the Debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, in the U.S. Mail Chute at 175 North Franklin, Chicago, Illinois, before the hour of 5:00 p.m., on June 2, 2021.

By: *Timothy R. Yueill*

**LAW OFFICES OF IRA T. NEVEL, LLC**
175 North Franklin St. Suite 201
Chicago, Illinois  60606
(312) 357-1125
Pleadings@nevellaw.com
MO
# 20-02079

THIS FIRM IS  A DEBT COLLECTOR