UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

JOSEPH TELUCH

Debtor(s)

Chapter 13
Case No. 20-16002

Judge DONALD R CASSLING

## NOTICE OF DEFAULT

**NOTICE IS HEREBY** given that pursuant to the Order entered October 29, 2020, by the Honorable Judge DONALD R CASSLING, the Debtor herein is in default on the (4) post-petition payments due for February 1, 2023 through May 1, 2023, in the amount of $700.98 each, and $150.00 as attorney fees for the issuance of this Notice for a total cure of $2,953.92 (with $262.80 being held in suspense). Debtor thereby is in violation of the terms set forth in paragraph of said Order.

**NOTICE IS HEREBY** given that in the event said sum is not cured in full on/before fourteen (14) days hereof, specifically on/before May 31, 2023, then pursuant to the aforementioned Order of Court, the Automatic Stay will automatically be modified as to Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2, and with regard to the property commonly known as 220 S ROSELLE RD , SCHAUMBURG, IL 60193 effective on June 1, 2023.

Law Offices of Ira T. Nevel, LLC

*/s/ Timothy R. Yueill*
By: Timothy R. Yueill, Esq.
Counsel for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2

LAW OFFICES OF IRA T. NEVEL, LLC
175 North Franklin Ste. 201
Chicago, IL 60606
(312)357-1125

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

JOSEPH TELUCH

Debtor(s)

Chapter 13
Case No. 20-16002

Judge DONALD R CASSLING

### NOTICE OF FILING

PLEASE TAKE NOTICE that a Notice of Default in the above captioned matter has been electronically filed on May 17, 2023 with the U.S. Bankruptcy Court for NORTHERN District of Illinois and served upon the following parties:

**Served upon the following parties electronically:**
David H Cutler  Cutler & Associates, Ltd. ,4131 Main St. ,Skokie,IL60076 - Counsel for Debtor(s)
M.O. Marshall, 55 E. MONROE ST., STE 3850, CHICAGO, IL 60603 - Trustee
PATRICK S. LAYNG, 219 SOUTH DEARBORN STREET, ROOM 873, CHICAGO, IL 60604 - U.S. Trustee
**and served upon the following parties by mail:**
JOSEPH TELUCH, 220 S Roselle Rd, Unit 521, Schaumburg, IL 60193 - Debtor(s)

### CERTIFICATION OF SERVICE

I, The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Notice upon the parties listed above, as to the Trustees and Debtors' counsel via electronic through ECF on May 17, 2023 and as to the Debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, in the U.S. Mail Chute at 175 North Franklin, Chicago, Illinois, before the hour of 5:00 p.m., on May 17, 2023.

By: *Timothy R. Yueill*

**LAW OFFICES OF IRA T. NEVEL, LLC**
175 North Franklin St. Suite 201
Chicago, Illinois  60606
(312) 357-1125
Pleadings@nevellaw.com
MO
# 20-02079

**THIS FIRM IS A DEBT COLLECTOR**