UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

JOSEPH TELUCH

Debtor(s)

Chapter 13
Case No. 20-16002

Judge DONALD R CASSLING

### NOTICE OF MODIFICATION OF THE AUTOMATIC STAY

Please be advised that pursuant to the Order of Court, entered herein on October 29, 2020, with respect to the conditions precedent to which the Automatic Stay may be modified and or terminated in the event of a default in compliance with the terms included therein, and a Notice of Default, dated May 17, 2023, having been previously served upon the Debtor(s), Debtor(s) Counsel, and Trustee of Record, the Automatic Stay is hereby modified as to Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 with respect to the real property commonly known as 220 S ROSELLE RD., SCHAUMBURG, IL 60193 without any further notice or Order of Court. The Proof of Claim previously filed herein on behalf of Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 is hereby withdrawn.

Law Offices of Ira T. Nevel, LLC
*/s/  Timothy R. Yueill*
By: Timothy R. Yueill, Esq
Counsel for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2

**LAW OFFICES OF IRA T. NEVEL, LLC**
Ira T. Nevel
Timothy R. Yueill
Greg Elsnic
Aaron Nevel
175 North Franklin St. Suite 201
Chicago, Illinois  60606
(312) 357-1125
Pleadings@nevellaw.com
MO
# 20-02079

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

JOSEPH TELUCH

Debtor(s)

Chapter 13
Case No. 20-16002

Judge DONALD R CASSLING

### NOTICE OF FILING

PLEASE TAKE NOTICE that a **Notice of Modification** of **Automatic Stay** in the above captioned matter has been electronically filed on June 1, 2023 with the U.S. Bankruptcy Court for Northern District of Illinois and served upon the following parties:

**Served upon the following parties electronically:**

David H Cutler  Cutler & Associates, Ltd. ,4131 Main St. ,Skokie,IL60076 - Counsel for Debtor(s)
M.O. Marshall, 55 E. MONROE ST., STE 3850, CHICAGO, IL 60603 - Trustee
PATRICK S. LAYNG, 219 SOUTH DEARBORN STREET, ROOM 873, CHICAGO, IL 60604 - U.S. Trustee

**and served upon the following parties by mail:**
JOSEPH TELUCH, 220 S Roselle Rd, Unit 521, Schaumburg, IL 60193 - Debtor(s)

### CERTIFICATION OF SERVICE

I, The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Notice upon the parties listed above, as to the Trustees and Debtors' counsel via electronic through ECF on June 1, 2023 and as to the Debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, in the U.S. Mail Chute at 175 North Franklin, Chicago, Illinois, before the hour of 5:00 p.m., on June 1, 2023.

By: *Timothy R. Yueill*

**LAW OFFICES OF IRA T. NEVEL, LLC**
175 North Franklin St. Suite 201
Chicago, Illinois  60606
(312) 357-1125
Pleadings@nevellaw.com
MO
# 20-02079

**THIS OFFICE IS A DEBT COLLECTOR**